GOVIND S. MUDHOLKAR, Appellant, v UNIVERSITY OF ROCHESTER, Respondent. [907 NYS2d 917]—Appeal from an order of the Supreme Court, Monroe County (Harold L. Galloway, J.), entered August 25, 2009 in a breach of contract action. The order granted the motion of defendant to dismiss the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed with costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Martoche, Smith, Fahey and Green, JJ.